UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        Plaintiff,

   - against -

UNITED STATES CURRENCY IN THE SUM
OF SEVENTY TWO THOUSAND NINE HUNDRED
EIGHTY DOLLARS ($72,980.00), AND
THREE HUNDRED TWENTY FIVE THOUSAND
SEVEN HUNDRED FIVE DOLLARS
($325,705.00) MORE OR LESS, AND ALL
PROCEEDS TRACEABLE THERETO,

        Defendants in rem.

- - - - - - - - - - - - - - - - - - X

DECREE OF FORFEITURE
AND ORDER FOR DELIVERY

Civil Action No.
03-CV-6100

(Amon, J.)
(Go, M.J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 6 - 2005 ★

P.M. _____
TIME A.M. _____

ORIGINAL

    WHEREAS in a Stipulation and Order Withdrawing Verified Claims with Prejudice, Ryan Roberto, the only claimant to the defendant funds in the above-captioned action, withdrew with prejudice (1) his verified claim to $72,980.00, filed in this action on or about January 16, 2004, and (2) his verified claim to $325,705.00, filed in this action on or about January 16, 2004;

    WHEREAS the government has filed proof of service and publication with respect to the above-captioned action; and

    WHEREAS no claims other than claimant Ryan Roberto's have been filed as to the defendant funds;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    1.    Pursuant to Title 18, United States Code, Section 981, and Title 21, United States Code, Section 881, the defendant

funds in the total amount of $398,685.00 in U.S. currency (the "Defendant Funds"), and all proceeds traceable thereto, are hereby forfeited and condemned to the use and benefit of the United States of America for the reasons set forth in the Amended Verified Complaint In Rem.

2. The U.S. Drug Enforcement Administration, and its agents and representatives, are hereby directed to dispose of the Defendant Funds and all proceeds traceable thereto in accordance with all applicable laws and regulations.

3. The Clerk of this Court shall forward six (6) certified copies of this Decree of Forfeiture and Order of Delivery to the United States Attorney for the Eastern District of New York, Attention: Laura D. Mantell, Assistant U.S. Attorney, One Pierrepont Plaza, 14th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
       May 4, 2005

s/CBA

HONORABLE CAROL B. AMON
UNITED STATES DISTRICT JUDGE